IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, | |
|     Plaintiff, | 1:20cv0017 Erie<br>LEAD CASE |
|     v. | |
| BEST MADE COMPANY LLC, | |
|     Defendant. | |
| THOMAS KLAUS, RONALD C. KOLESAR, | |
|     Plaintiffs, | 1:20cv0018 Erie<br>MEMBER CASE |
|     v. | |
| JEKYLLHYDE APPAREL LLC, | |
|     Defendant. | |
| RONALD C. KOLESAR, | |
|     Plaintiff, | 1:20cv0019 Erie<br>MEMBER CASE |
|     v. | |
| GRAYERS AMERICA, INC., | |
|     Defendant. | |
| RONALD C. KOLESAR, | |
|     Plaintiff, | 1:20cv0020 Erie<br>MEMBER CASE |
|     v. | |
| KROTO INC., | |
|     Defendant. | |

RONALD C. KOLESAR AND THOMAS
KLAUS,
      Plaintiffs,                                         20cv0021 Erie
                                                      MEMBER CASE
                v.

HUMAN UNLIMITED, INC.
        Defendant.

---

RONALD C. KOLESAR,

      Plaintiff,                                          1:20cv0024 Erie
                                                      MEMBER CASE
                v.

RUGGABLE LLC,

        Defendant.

---

THOMAS KLAUS, RONALD C. KOLESAR,

      Plaintiffs,                                         1:20cv0025 Erie
                                                      MEMBER CASE
                v.

BYLT, LLC,

        Defendant.

---

THOMAS KLAUS, RONALD C. KOLESAR,

      Plaintiffs,                                       1:20cv0031 Erie
                                                      MEMBER CASE
                v.

AETHER, LLC,

        Defendant.

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0128<br>MEMBER CASE |
| v. | |
| LTD COMMODITIES, LLC, AMERIMARK DIRECT, LLC, | |
| Defendants. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS, | |
| Plaintiffs, | 20cv0129<br>MEMBER CASE |
| v. | |
| CATCH SURFBOARD CO., LLC, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS, | |
| Plaintiffs, | 20cv0132<br>MEMBER CASE |
| v. | |
| THE CITIZENRY, INC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS | |
| Plaintiffs, | 20cv0143<br>MEMBER CASE |
| v. | |
| TAYLOR STITCH, LLC, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0166<br>MEMBER CASE |
| v. | |
| RUMPL, INC., | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, ROBERT JAHODA, | |
| Plaintiffs, | 20cv0167<br>MEMBER CASE |
| v. | |
| OUTERKNOWN, LLC, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0168<br>MEMBER CASE |
| v. | |
| TOPIX PHARMACEUTICALS INC., | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS *And* ROBERT JAHODA | |
| Plaintiffs, | 20cv0184<br>MEMBER CASE |
| v. | |
| DUCK HEAD APPAREL COMPANY, INC.<br>*c/o K. Scott Grassmyer*, | |
| Defendant. | |

ROBERT JAHODA

        Plaintiff,                       20cv0185
                                               MEMBER CASE

              v.

BRANDLESS, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                       20cv0190
                                               MEMBER FILED

              v.

TYPSY ELVES LLC,

        Defendant.

---

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiff,                       20cv0191
                                               MEMBER FILED

              v.

UPRIGHT TECHNOLOGIES, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                       20cv0192
                                               MEMBER FILED

              v.

ABG-TRETORN, LLC,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. Civil Action Nos. 20-18 Erie, 20-19 Erie, 20-20 Erie, 20-21 Erie, 20-24 Erie, 20-25 Erie, 20-31 Erie, 20-128, 20-129, 20-132, 20-143, 20-166, 20-167, 20-168, 20-184, 20-185, 20-190, 20-191 and 20-192.
are hereby consolidated with **Civil Action No. 20-17 Erie**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-17 Erie**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-18 Erie, 20-19 Erie, 20-20 Erie, 20-21 Erie, 20-24 Erie, 20-25 Erie, 20-31 Erie, 20-128, 20-129, 20-132, 20-143, 20-166, 20-167, 20-168, 20-184, 20-185, 20-190, 20-191 and 20-192.

.

**SO ORDERED** this 12th day of February, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge